UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )     BK No.:   17-10356
Natalie Dvorak                        )
                                      )     Chapter: 13
                                      )     Honorable Janet S. Baer
                                      )
                                      )     Kane
           Debtor(s)                  )

**Order to Modify Plan and Defer Default**

This cause coming to be heard on motion of Debtors, by and through their attorney, Joseph P. Doyle, due notice being given and the court being duly advised of the premises, IT IS HEREBY ORDERED:

  1. The default through December 2017 is deferred.

  2. Beginning in January 2018, Debtors' Chapter 13 plan is modified and the payment is decreased to $1397.00 per month.

  3. The Chapter 13 Plan base is decreased to $78,475.00.

  4. All other terms of the Chapter 13 plan shall remain the same.

Enter:

*Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 19, 2018

**Prepared by:**

Attorney for Debtor
Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph) 847-985-1100 (Fax) 847-985-1126