UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )          BK No.:   17-10356
Natalie Dvorak                                      )
                                                    )
                                                    )          Chapter: 13
                                                    )          Honorable Janet S. Baer
                                                    )
                                                    )          DuPage
                Debtor(s)                           )

**Order to Modify Plan**

This cause coming to be heard on motion of the Debtor, by and through her attorney, Joseph P. Doyle, due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Any non-exempt proceeds from the claim for relief against Dixon Giesen & Flessner, Ltd. and Woodhaven Lakes Association for violation(s) of the automatic stay will be deemed an additional payment due under the plan.

2. All other terms of the chapter 13 plan shall remain the same.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  August 07, 2020

**Prepared by:**

Attorney for Debtor
Prepared by Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph) 847-985-1100 (Fax) 847-985-1126